UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | 1:18-cv-01574- DAD-GSA-PC |
| Plaintiff, | **ORDER DENYING REQUEST FOR INITIATION OF SERVICE** |
| v. | **(ECF No. 9.)** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

**I.  BACKGROUND**

Anthony Turner ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights case pursuant to 28 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 12, 2018 at the United States District Court for the Northern District of California. (ECF No. 1.) On November 13, 2018, Plaintiff's case was transferred to this court. (ECF No. 7.)

On November 19, 2018, Plaintiff filed a request for initiation of service upon the defendants. (ECF No. 9.) Plaintiff requested the court to provide him with forms to initiate service by the United States Marshal.

**II.  SCREENING AND SERVICE OF PROCESS**

The court is required by law to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity, such as the instant

1

action brought pursuant to 42 U.S.C. § 1983. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

With respect to service, the court will, *sua sponte*, direct the United States Marshal to serve the complaint only after the court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants.

Here, Plaintiff's Complaint awaits the court's screening, and it is not time for service in this case. Therefore, Plaintiff's request shall be denied.

### III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for initiation of service, filed on November 19, 2018, is DENIED.

IT IS SO ORDERED.

Dated: **November 29, 2018**            **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE