UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | 1:18-cv-01574- DAD-GSA-PC<br><br>**ORDER DENYING REQUEST FOR ORDER TO SHOW CAUSE AND INITIATION OF SERVICE**<br>**(ECF No. 23.)** |

## I. BACKGROUND

Anthony Turner ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights case pursuant to 28 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 12, 2018 at the United States District Court for the Northern District of California. (ECF No. 1.) On November 13, 2018, Plaintiff's case was transferred to this court. (ECF No. 7.)

On March 10, 2019, Plaintiff filed a request for an order to show cause. (ECF No. 23.) By this request, Plaintiff seeks an order initiating service upon the defendants.

## II. SCREENING AND SERVICE OF PROCESS

The court is required by law to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity, such as the instant action brought pursuant to 42 U.S.C. § 1983. 28 U.S.C. § 1915A(a). The court must dismiss a

1

complaint, or portion thereof, if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

With respect to service, the court will, *sua sponte*, direct the U.S. Marshal to serve the complaint only after the court has screened the complaint and determined that it contains cognizable claims for relief against the named defendant(s).

Currently, Plaintiff's Complaint awaits the court'initial screening and therefore it is not ready for service in this case. Thus, Plaintiff's request shall be denied.

### III.   CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for an order to show cause and for initiation of service, filed on March 10, 2019, is DENIED.

IT IS SO ORDERED.

   Dated:   **May 14, 2019**                                  **/s/ Gary S. Austin**
                                                                           UNITED STATES MAGISTRATE JUDGE